PFJ Med. Care, P.C. v Nationwide Ins. (2022 NY Slip Op 50570(U))

[*1]

PFJ Med. Care, P.C. v Nationwide Ins.

2022 NY Slip Op 50570(U) [75 Misc 3d 137(A)]

Decided on June 10, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-74 K C

PFJ Medical Care, P.C., as Assignee of
Simmond, Tylon B., Appellant, 
against
Nationwide Ins., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin
Kelly Sheares, J.), entered September 26, 2019. The order denied plaintiff's motion for summary
judgment and granted defendant's cross motion for summary judgment dismissing the
complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order denying plaintiff's motion for summary judgment and granting defendant's cross
motion for summary judgment dismissing the complaint.
Contrary to plaintiff's sole contention on appeal with respect to defendant's cross motion for
summary judgment dismissing the complaint, the affirmations submitted by defendant's counsel,
as well as the transcripts of the examinations under oath (EUOs), were sufficient to establish that
plaintiff had failed to appear for the EUOs (see Pavlova v Nationwide Ins., 70 Misc 3d 144[A], 2021 NY Slip
Op 50213[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2021]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 10, 2022